**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ann Hilt,                                                        Civil No. 10-987 (RHK-TNL)

          Plaintiff,                             **ORDER FOR JUDGMENT OF DISMISSAL**

v.

St. Jude Medical S.C., Inc.,

          Defendant.

---

Based upon this Court's Order on July 11, 2011 dismissing Counts I, II and III of Plaintiff's Complaint with Prejudice, and upon the parties' Stipulation (Doc. No. 35) voluntarily dismissing Count IV of the Complaint with prejudice, **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 24, 2011

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge